EXHIBIT A

# *Onsager, Staelin & Guyerson, LLC*

1873 S. Bellaire St.
Suite 1401
Denver, Colorado 80222

Ph:(303) 512-1123          Fax:(303) 512-1129

Premier Paving, Inc. Creditors' Committee                          June 12, 2012
Colorado

|  |  |
|---|---|
| File #: | PremierPavin |
| **Attention:** Inv #: | 5029 |

**RE:**    Creditors' Committee representation in Premier Paving Ch. 11

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| May-07-12 | conference with B. Fletcher regarding Premier Paving (NO CHARGE) | 0.30 | N/C | CCO |
|  | telephone call with M. Adeyemo regarding Premier case and formation of committee (.4); review pleadings and docket (.8); conference with C. Onsager regarding representing committee and issues (.4) (NO CHARGE) | 1.60 | N/C | JBF |
| May-08-12 | prepare for and attend conference call with unsecured creditor's committee (1.2) (NO CHARGE 1.2); further telephone call with M. Adeyemo regarding representing committee and objection deadlines (.3) (NO CHARGE .3); conference with A. Garcia regarding objection deadlines, application to employ and committee bylaws (.2); telephone call with A. Garber regarding motion to assume insurance premium financing agreement, extension of objection deadline and general debtor background (.4); draft email to committee regarding same and conference call (.1); review and revise motion for extension of objection deadline and draft email to committee regarding same (.5); attend conference call with committee to discuss extension, bylaws, and upcoming issues (.5); review and revise application to employ and conference with A. Garcia regarding same (.2) | 2.20 | 572.00 | JBF |

| | (NO CHARGE .2); review and revise committee by-laws and draft email to committee regarding same (.5) | | | |
|---|---|---|---|---|
| | NO CHARGE | 1.70 | N/C | JBF |
| | discuss research regarding creditor's committee issues with Attorney B. Fletcher and Attorney A. White | 0.50 | 105.00 | DML |
| | review new case information with B. Fletcher and to do list (.2); review docket and obtain all pleadings including calendaring upcoming deadlines (.6); draft Bylaws for Committee, Application to Employ OSG, affidavit and proposed order (.5); draft Motion for Extension of Time to object to Motion to Assume and proposed order (.4); draft Limited Service list and review all entries of appearances (.4); efile Employment Application and Motion to Extend Time and complete certificate of service (.4) | 2.50 | 250.00 | ACG |
| May-09-12 | telephone call with D. Blum regarding background of debtor and bylaws for committee (.3); leave voice mail for R. Thurston, Tri-state Oil, regarding committee bylaws (.1) | 0.40 | 104.00 | JBF |
| | prepare files; draft correspondence to Committee concering powers, duties and manual | 0.30 | 30.00 | ACG |
| May-10-12 | review incoming pleadings, including order approving application to employ and schedules filed by debtor (.3) | 0.30 | 78.00 | JBF |
| May-11-12 | review email and summary of insurance premiums from A. Garber and forward same to committee (.1); telephone call with A. Garber regarding same (.2); draft summary email to committee regarding insurance premium motion (.5); telephone call with M. Adeyemo regarding Suncor and prepetition claim and critical vendor status (.4); review incoming pleadings, including order granting motion for extension of objection deadline for insurance premium motion (.1) | 1.30 | 338.00 | JBF |
| May-14-12 | review and save filed proof of claims (.4); | 0.90 | 90.00 | ACG |

|  |  |  |  |  |
|---|---|---|---|---|
|  | draft spreadsheet of claims (.3); revise and mail out letter to committee (.2) |  |  |  |
| May-15-12 | review cash collateral motion and budget and begin drafting letter to A. Garber regarding same and financial documents (1.8); draft email to D. Blum regarding prepetition sale of assets by Premier (.1); review statement of financial affairs and schedules and conference with A. Garcia regarding same (.6); | 2.50 | 650.00 | JBF |
|  | perform research regarding Section 363 (1.2 NO CHARGE .6) | 0.60 | 126.00 | DML |
|  | perform research regarding Section 363 (1.1 NO CHARGE .6) | 0.50 | 105.00 | DML |
|  | perform research regarding Motion for Approval of Performance and Payment Bonds (1.0 NO CHARGE .5) | 0.50 | 105.00 | DML |
|  | NO CHARGE | 0.60 | N/C | DML |
|  | NO CHARGE | 0.60 | N/C | DML |
|  | NO CHARGE | 0.50 | N/C | DML |
|  | review incoming POCs and revise spreadsheet | 0.10 | 10.00 | ACG |
| May-16-12 | telephone call with N. Dunning regarding Wells Fargo audit and request for documents (.1); telephone call with D. Blum regarding prepetition sale of assets by Premier (.3); review and revise letter to A. Garber (.5); review incoming pleadings, including adminstrative claim filed by Kuchar Electric (.1); | 0.90 | 234.00 | JBF |
| May-18-12 | review motion to authorize debtor to enter into performance bonds (.2); review budget and draft email to Committee regarding same, performance bond motion and cash collateral motion (.8); telephone call with N. Dunning regarding weekly reports required by interim cash collateral order to Wells Fargo (.2); leave voice mail for A. Garber regarding same and documents requested by Committee (.1); | 1.30 | 338.00 | JBF |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| May-21-12 | Conference with B. Fletcher regarding accounting needs | 0.10 | 35.00 | CCO |
| | telephone call with A. Garber regarding documents requested and debtor's meeting with Wells Fargo and value of collateral (.2); review intial financial report and tax documents from A. Garber and draft email to committee regarding same (.5); review limited objection to cash collateral motion filed by Wells Fargo (.2); review additional financial documents from A. Garber and forward same to committee (.8); | 1.70 | 442.00 | JBF |
| | Search UCC database for Wells Fargo UCCs. | 0.50 | 50.00 | KEO |
| May-22-12 | telephone call with A. Garber regarding cash collateral motion issues and Suncor payment (.4); telephone call with M. Adeyemo regarding same (1.2); telephone call with D. Brown, counsel for Wells Fargo, regarding cash collateral issue, prepetition sale by debtor, Suncor, TKO entity and collateral and audit by Wells Fargo (.4); draft spreadsheet of assets and claims (.7); review documents from Wells Fargo claim and security interests (.5); conference with A. Garcia regarding drafting limited objection to cash collateral motion (.1); | 3.30 | 858.00 | JBF |
| | prepare first draft of limited objection to cash collateral | 0.30 | 30.00 | ACG |
| May-23-12 | draft email to committee regarding limited objection to cash collateral motion and conference call (.2); review and respond to email from T. Suits regarding same (.1); | 0.30 | 78.00 | JBF |
| May-24-12 | review incoming pleadings, including debtor's objection to motion for administrative claim (.1); attend conference call with committee regarding objection to cash collateral (.5); review and revise limited objection to cash collateral motion (.4); telephone call with K. McCarthy regarding same (.1); leave voice mail for R. Thurston regarding same (.1); leave voice mail for A. Garber regarding same (.1); | 1.30 | 338.00 | JBF |
| May-25-12 | revise limited objection to cash collateral and finalize (.9); draft email to committee | 2.40 | 624.00 | JBF |

|  | | | | |
|---|---|---|---|---|
| | regarding same (.1); conference with A. Johnson regarding same (.1); review emails from A. Garber regarding potential stipulation for interim cash collateral and Suncor (.2); draft email to committee regarding same (.2); conference with A. Garcia regarding filing objection to cash collateral and documents for hearing (.2); review email and motion to continue final hearing on cash collateral and draft email to A. Garber regarding objection to cash collateral and committee's position (.3); review proofs of claim filed by Wells Fargo (.4); | | | |
| | Review and revise limited objection to use of cash collateral | 0.20 | 44.00 | ADJ |
| May-28-12 | review Wells Fargo loan documents, motion for cash collateral and financials sent by debtor to prepare for 5/29 hearing (1.1); | 1.10 | 286.00 | JBF |
| May-29-12 | review numerous emails and documents sent by A. Garber in advance of and to prepare for cash collateral hearing (1.1); telephone call with D. Blum regarding cash collateral hearing and Suncor (.3); review Kmart case regarding critical vendors and forward same to D. Blum (.4); conference with A. Johnson regarding same and hearing (.4); attend hearing on cash collateral motion (.4); further conferences with A. Garber and D. Brown regarding debtor's operations and issues following heaing (1.2); | 3.40 | 884.00 | JBF |
| | Conference with B. Fletcher concerning issues (.5 NC). | 0.50 | 110.00 | ADJ |
| May-30-12 | telephone call with M. Adeyemo regarding Suncor and Wells Fargo collateral (1.0); | 1.00 | 260.00 | JBF |
| May-31-12 | Conference with B. Fletcher regarding integration clause and other evidence, analysis of best interests of creditors | 0.30 | 105.00 | CCO |
| | further review financial documents and draft emails to committee with documents (.6); draft list of questions regarding budget and Wells Fargo collateral for conference call on 6/1 (1.1); conference with C. Onsager regarding same (.3); review emails and documents from A. Garber regarding prepetition sale of assets | 2.50 | 650.00 | JBF |

by debtor (.3); draft emails to committee
regarding same (.2);

| | | |
|---|---|---|
| Totals | 39.00 | $7,929.00 |

**DISBURSEMENTS**

| May-31-12 | postage expenses (May 2012) | 21.75 |
|---|---|---|
| | copy charges (May 2012) | 14.10 |
| | Totals | $35.85 |

**Total Fee & Disbursements**                                    **$7,964.85**

**Balance Now Due**                                              **$7,964.85**

TAX ID Number        20-1238208

### *Onsager, Staelin & Guyerson, LLC*
1873 S. Bellaire St.
Suite 1401
Denver, Colorado 80222

Ph:(303) 512-1123          Fax:(303) 512-1129

Premier Paving, Inc. Creditors' Committee                                July 17, 2012
Colorado

|  |  |
|---|---|
| File #: | PremierPavin |
| **Attention:** | Inv #: | 5104 |

**RE:**      Creditors' Committee representation in Premier Paving Ch. 11

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jun-01-12 | Conference with B. Fletcher regarding security interest issue, analysis of projections | 0.30 | 105.00 | CCO |
| | Attend conference call with committee, Wells Fargo and Debtor's counsel, A. Garber, to discuss cash collateral issues, budget, bonding and Suncor (.8); further telephone calls with M. Adeyemo regarding same and Suncor proposal for potential release of avoidance claims (.8) | 1.60 | 416.00 | JBF |
| | Conference with B. Fletcher concerning issues | 0.60 | 132.00 | ADJ |
| Jun-04-12 | Draft Entry of Appearance for OSG | 0.10 | 10.00 | ACG |
| Jun-06-12 | Review incoming pleadings, including Debtor's motion to extend exclusivity periods (.1) | 0.10 | 26.00 | JBF |
| Jun-08-12 | Draft status report to Committee on pending motions and claims (2.1); draft email to Committee regarding same and conference call (.1) | 2.20 | 572.00 | JBF |
| Jun-11-12 | Review incoming pleadings, including amended schedules and motion for relief from stay from JP Morgan Chase (.3); review email from D. Blum regarding equipment and vehicles (.1) | 0.40 | 104.00 | JBF |

| | | | | |
|---|---|---|---|---|
| Jun-12-12 | Telephone call with M. Adeyemo regarding Suncor and cash collateral (.5); draft email to Committee regarding conference call (.1); conference with D. Little regarding critical vendor research (.4) | 1.00 | 260.00 | JBF |
| | Perform research regarding post-petition payments to critical vendors on pre-petition claims | 0.60 | 126.00 | DML |
| Jun-13-12 | Conference with D. Little regarding research on critical vendors (.5); telephone call with Committee members and D. Little to discuss same, status of cash collateral, budget, Suncor and extension of exclusivity (.9); telephone calls with R. Thurston and C. Welty regarding same and additional call (.3); further telephone call with Committee members without Suncor to discuss proposal to pay Suncor (.6); conference with D. Little regarding letter to A. Garber regarding production of documents (.3); review and revise letter to A. Garber (.4); draft email to Committee regarding same (.1); conference with A. Garcia regarding invoice and Committee approval (.1); conference with A. Garcia regarding objection to motion to extend exclusivity and review draft of same (.3) | 3.50 | 910.00 | JBF |
| | Perform research regarding post-petition payments to critical vendors on pre-petition claims (2.1) (NO CHARGE 1.0); discuss issues with plan administration in conference with members of Creditor's Committee (2.2) (NO CHARGE 1.1); draft document request letter to Debtor (.9) | 3.10 | 651.00 | DML |
| | NO CHARGE | 2.10 | N/C | DML |
| | Conference with B. Fletcher concerning objection to Motion to Extend Exclusivity; draft Objection and review of Bankruptcy Code | 0.60 | 60.00 | ACG |
| Jun-14-12 | Lengthy telephone call with M. Adeyemo regarding Suncor proposed payment and debtors' financials (1.3); review monthly operating reports and financials and review and revise objection to motion to extend exclusivity (1.8); conference with A. Johnson | 3.80 | 988.00 | JBF |

|            | regarding same (.3); review emails from Committee regarding letter to A. Garber (.1); finalize letter and conference with A. Garcia regarding same (.3) |       |        |     |
|------------|------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|-----|
|            | Conference with B. Fletcher concerning issues (1.1) (NO CHARGE .6)                                                                                    | 0.50  | 110.00 | ADJ |
|            | NO CHARGE                                                                                                                                             | 0.60  | N/C    | ADJ |
|            | Finalize and send letter to A. Garber per B. Fletcher instructions                                                                                    | 0.10  | 10.00  | ACG |
| Jun-15-12  | Review incoming pleadings, including motion for relief from stay from Volvo and proofs of claim (.2); continue revising objection to motion to extend exclusivity (1.3); review financial documents and draft summary spreadsheet (1.5) | 3.00  | 780.00 | JBF |
| Jun-18-12  | Review incoming pleadings, including motion for administrative claim filed by Suncor (.2)                                                              | 0.20  | 52.00  | JBF |
| Jun-19-12  | Revise and finalize objection to exclusivity motion (.8); draft email to Committee members regarding same (.1); conferences with D. Little and A. Garcia regarding same and monthly operating reports (.2) | 1.10  | 286.00 | JBF |
|            | Discuss status of pending issues in case with attorney B. Fletcher (.4) (NO CHARGE .2)                                                                | 0.20  | 42.00  | DML |
|            | NO CHARGE                                                                                                                                             | 0.20  | N/C    | DML |
|            | Save incoming POCs and revise spreadsheet                                                                                                             | 0.80  | 80.00  | ACG |
| Jun-20-12  | Efile Objection to Motion to Extend Exclusivity and complete certificate of service                                                                   | 0.40  | 40.00  | ACG |
| Jun-25-12  | Telephone call with A. Garber regarding extension of exclusivity and cash collateral thru 10/1/12 (.2); draft email to Committee members regarding same and conference call with Debtor (.1); draft email to A. Garber regarding same and Debtor's production of financial documents (.2); review and respond to further email from A. Garber regarding cash collateral stipulation and updated budget (.1); review further emails and financial documents, | 2.10  | 546.00 | JBF |

including cash projections assuming bonding
capability from A. Garber (.9); draft multiple
emails to Committee members regarding same
and conference call (.3); further telephone
calls with A. Garber regarding same (.3)

| | | | | |
|---|---|---|---|---|
| Jun-26-12 | Review email from A. Garber and revised cash projection budget (.3); draft email to Committee members regarding same (.1); review monthly operating report sent by A. Garber (.2) | 0.60 | 156.00 | JBF |
| Jun-27-12 | Review financials and conference with B. Fletcher | 0.40 | 140.00 | CCO |
| | Review documents sent by A. Garber and conference with C. Onsager regarding financial provided by Debtor to prepare for conference call (1.1); telephone call with M. Adeyemo regarding same (.6); attend conference call with Committee members, A. Garber and Debtor representatives (1.5); telephone call with D. Brown regarding Wells Fargo's position on cash collateral, default interest and vehicles (.2); review and revise spreadsheet for Wells Fargo's claim (.4); further telephone call with A. Garber and D. Brown regarding cash collateral stipulation and extension of exclusivity (.2); draft email to Committee members regarding same (.3) | 4.30 | 1,118.00 | JBF |
| Jun-28-12 | Telephone call with D. Blum, counsel for Powermotive, regarding budget and financials (.5); telephone call with A. Garber regarding same (.1); draft email to Committee members regarding budget and Wells Fargo's position on default interest and vehicles (.1) | 0.70 | 182.00 | JBF |
| | Revise proof of claim spreadsheet -add additional POCs | 0.30 | 30.00 | ACG |
| Jun-29-12 | Review emails from A. Garber and revised budget, cash collateral and exclusivity stipulations (.2); review preference analysis documents from Suncor and draft emails to M. Adeyemo and R. Hoogerhyde regarding same (.5); telephone call with A. Garber regarding stipulations and vacating hearing (.1); review email from A. Garber and proposed order and stipulation on cash collateral and exclusivity | 2.00 | 520.00 | JBF |

extensions (.1); telephone calls with Committee members regarding cash collateral and exclusivity matters (.3); draft email to Committee members regarding Suncor and preference analysis (.1); review revised budget from A. Garber (.2); review article regarding subsequent new value defense and conference with D. Little regarding same (.4); review order vacating hearing on cash collateral and respond to email from A. Garber regarding same (.1)

| | | |
|---|---|---|
| Totals | 37.50 | $8,452.00 |

## DISBURSEMENTS

| | | |
|---|---|---|
| Jun-01-12 | Westlaw legal research charges | 2.26 |
| Jun-08-12 | Premier Global | 25.53 |
| | Parking | 8.00 |
| Jun-30-12 | Copy Charges (June 2012) | 6.00 |
| | Postage Expense (June 2012) | 8.55 |
| | Totals | $50.34 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$8,502.34** |
| Previous Balance | 7,964.85 |
| **Balance Now Due** | **$16,467.19** |

TAX ID Number      20-1238208

# *Onsager, Staelin & Guyerson, LLC*

1873 S. Bellaire St.
Suite 1401
Denver, Colorado 80222

Ph:(303) 512-1123          Fax:(303) 512-1129

Premier Paving, Inc. Creditors' Committee                                    August 20, 2012
Colorado

|  |  |
|---|---|
| File #: | PremierPavin |
| **Attention:** Inv #: | 5187 |

**RE:**      Creditors' Committee representation in Premier Paving Ch. 11

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Jul-03-12 | Review and respond to emails from A. Garber regarding stipulation resolving objection to exclusivity motion (.3) | 0.30 | 78.00 | JBF |
| Jul-05-12 | Review incoming pleadings, including stipulation between debtor and JP Morgan regarding relief from stay (.2) | 0.20 | 52.00 | JBF |
| Jul-17-12 | Conference with B. Fletcher concerning preparation of motion for monthly payments | 0.10 | 25.00 | AAW |
| Jul-18-12 | Review incoming pleadings, including motion for relief from stay by Trail King Coolers (.1) | 0.10 | 26.00 | JBF |
|  | Reviewing pleadings concerning motion to employ debtor's counsel, committee counsel, debtor's motion for periodic payment and cash collateral motions and order, and prepared draft of motion of periodic payments for committee counsel | 1.40 | 350.00 | AAW |
| Jul-19-12 | Review email from A. White and draft of motion regarding monthly payments (.2) | 0.20 | 52.00 | JBF |
| Jul-23-12 | Review monthly operating report and draft email to committee members regarding same (.2) | 0.20 | 52.00 | JBF |
| Jul-24-12 | Review and revise motion for monthly payment procedures (1.6); conference with C. | 2.40 | 624.00 | JBF |

|            | Onsager regarding same (.2); further revise motion and draft email to A. Garber regarding same (.6) |      |          |     |
|------------|-----------------------------------------------------------------------------------------------------|------|----------|-----|
| Jul-26-12  | Telephone call with A. Garber regarding motion for monthly payment procedure (.1) | 0.10 | 26.00 | JBF |
| Jul-27-12  | Telephone call with A. Garber regarding motion for monthly payment procedure and case status (.1); review and revise motion (.3); draft email to A. Garber regarding same (.1) | 0.50 | 130.00 | JBF |
| Jul-30-12  | Review and respond to email and edits to monthly payment procedure motion from A. Garber (.1); review and revise monthly payment procedure motion (.2); draft email to and telephone call with A. Garber regarding same (.2); draft email to committee members regarding monthly payment procedure motion (.1) | 0.60 | 156.00 | JBF |
| Jul-31-12  | Review emails regarding monthly payment procedure motion and conference with A. Garcia regarding filing same (.2) | 0.20 | 52.00 | JBF |
|            | Draft proposed order, 9013 Notice and certificate of service for Motion to Approve Monthly Payments to OSG | 0.30 | 30.00 | ACG |
|            | Totals                                                                                              | 6.60 | $1,653.00 |     |

**DISBURSEMENTS**

| Jul-01-12 | Westlaw research charges | 5.56 |
|-----------|--------------------------|------|
| Jul-06-12 | 4/1/12 to 6/30/12        | 43.50 |
|           | Totals                   | $49.06 |

|                                    |            |
|------------------------------------|------------|
| **Total Fee & Disbursements**      | **$1,702.06** |
| Previous Balance                   | 16,467.19  |
| **Balance Now Due**                | **$18,169.25** |

TAX ID Number        20-1238208

### *Onsager, Staelin & Guyerson, LLC*
1873 S. Bellaire St.
Suite 1401
Denver, Colorado 80222

Ph:(303) 512-1123              Fax:(303) 512-1129

Premier Paving, Inc. Creditors' Committee                    September 28, 2012
Colorado

|  |  |
|---|---|
| File #: | PremierPavin |
| **Attention:** Inv #: | 5247 |

**RE:**      Creditors' Committee representation in Premier Paving Ch. 11

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Aug-01-12 | Revise certificate of service and notice for Motion to Approve OSG payments (.2); efile Motion and complete certificate of service (.5) | 0.70 | 70.00 | ACG |
| Aug-09-12 | Conference with B. Fletcher concerning preparation of status report, and begin reviewing prior report and docket for same | 0.20 | 50.00 | AAW |
| Aug-10-12 | Reviewed docket sheet and determined updates and new matters for status report; commenced drafting same | 4.30 | 1,075.00 | AAW |
| Aug-15-12 | Conference with B. Fletcher concerning status report; revise portions of status report and commence reviewing MORs for status report | 1.70 | 425.00 | AAW |
| Aug-16-12 | conference with A. White regarding status report to committee (.3) | 0.30 | 78.00 | JBF |
|  | Completed second draft of status report, including analysis of financial status and review of status of agreement with Suncor; collected documents for notebooks on claims and schedules,and conference with staff concerning preparation of same | 2.60 | 650.00 | AAW |
| Aug-17-12 | Print claims files (NO CHARGE) | 1.00 | N/C | KSC |
|  | review status report from A. White and draft email to Committee regarding same (.5) | 0.50 | 130.00 | JBF |

| | | | | |
|---|---|---|---|---|
| Aug-20-12 | Prepare binder for monthly reports (.8); finish printing claims and assemble binder with labeled tabs (2.5) (NO CHARGE 2.5) | 0.80 | 64.00 | KSC |
| | NO CHARGE | 2.50 | N/C | KSC |
| Aug-21-12 | Finish assembling claims binders and monthly report binders (3.5) (NO CHARGE 2.0) | 1.50 | 120.00 | KSC |
| Aug-23-12 | Conferences with staff regarding organizing information on claims and schedules, and prepared email to B Fletcher concerning same | 0.30 | 75.00 | AAW |
| Aug-27-12 | File certificate of non-contested matter regarding monthly payment procedures of Onsager Staelin  & Guyerson | 0.20 | 20.00 | BAM |
| Aug-29-12 | review incoming pleadings, including order approving payments and conference with A. Garcia regarding same and letter to A. Garber (.1) | 0.10 | 26.00 | JBF |
| | Review Court Order and draft letter to A. Garber concerning payments to OSG and Court Order Approving OSG payment procedures | 0.20 | 20.00 | ACG |
| | Totals | 16.90 | $2,803.00 | |

## DISBURSEMENTS

| | | | |
|---|---|---|---|
| Aug-31-12 | Postage expense (August 2012) | | 117.90 |
| | Copy charges (August 2012) | | 185.70 |
| | Totals | | $303.60 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$3,106.60** |
| Previous Balance | 18,169.25 |
| Previous Payments | 14,175.26 |
| **Balance Now Due** | **$7,100.59** |

TAX ID Number      20-1238208

## PAYMENT DETAILS

| Sep-07-12 | 75% allowed fees for May, June, July 2012 | 14,175.26 |
| | | _____ |
| **Total Payments** | | **$14,175.26** |

# *Onsager, Staelin & Guyerson, LLC*

1873 S. Bellaire St.
Suite 1401
Denver, Colorado 80222

Ph:(303) 512-1123          Fax:(303) 512-1129

Premier Paving, Inc. Creditors' Committee                                          October 12, 2012
Colorado

|  |  |
|---|---|
| File #: | PremierPavin |
| **Attention:** Inv #: | 5321 |

**RE:**     Creditors' Committee representation in Premier Paving Ch. 11

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Sep-11-12 | Telephone call with A. Garber regarding motion to further extend exclusivity (.2); draft email to Committee regarding same (.2) | 0.40 | 104.00 | JBF |
| Sep-13-12 | Review Debtor's Monthly Operating Reports and prepare summary spreadsheet analyzing financial condition of business (3.4) (NO CHARGE 1.7) | 1.70 | 357.00 | DML |
|  | NO CHARGE | 1.70 | N/C | DML |
| Sep-16-12 | Review Debtor's Monthly Operating Reports, Petition and Schedules, and perform research on GAAP inventory analysis requirements (1.7) (NO CHARGE .8) | 0.90 | 189.00 | DML |
|  | NO CHARGE | 0.80 | N/C | DML |
| Sep-18-12 | Conference with D. Little regarding monthly operating reports, documents needed and status (.3) | 0.30 | 78.00 | JBF |
|  | Review Debtor's Monthly Operating Reports and summarizing spreadsheet (1.3); discuss same with attorney B. Fletcher and strategize and schedule tasks (.3); perform research on GAAP income shifting rules for accounts receivable and inventory capitalization and expensing (1.5) (NO CHARGE .8) | 1.30 | 273.00 | DML |

|  |  |  |  |  |
|---|---|---|---|---|
|  | NO CHARGE | 0.80 | N/C | DML |
| Sep-20-12 | Review incoming pleadings, including motion to extend time to assume or reject leases and motion to approve continued use of cash collateral (.2) | 0.20 | 52.00 | JBF |
| Sep-23-12 | Review Debtor's MORs and financial information and case status for Committee meeting (NO CHARGE 1.5) | 1.40 | 294.00 | DML |
|  | NO CHARGE | 1.50 | N/C | DML |
| Sep-24-12 | Review email and letter to A. Garber regarding financial documents needed and conference with D. Little regarding same (.4) | 0.40 | 104.00 | JBF |
|  | Draft letter to attorney A. Garber regarding required information (2.5) (NO CHARGE 1.3) | 1.20 | 252.00 | DML |
|  | NO CHARGE | 1.30 | N/C | DML |
| Sep-26-12 | Confer with B. Fletcher regarding outstanding financial reporting with Debtor, Oct 1st cash collateral deadline and action needed to take for Committee (.6); prepare and send detailed e-mail to Debtor's counsel for financial documents and MORS by Friday, proof and send (.5) | 1.10 | 357.50 | MJG |
|  | Telephone call from and e-mail reply from A. Garber (.5); prepare and send summary e-mail of Garber conversation for committee call on Friday (.4) | 0.90 | 292.50 | MJG |
|  | Conference with M. Guyerson and D. Little regarding information needed from Debtor, status, committee conference call and letter to A. Garber (.6) (NO CHARGE .3); review email from M. Guyerson to A. Garber (.1); draft email to Committee members regarding conference call (.1) | 0.50 | 130.00 | JBF |
|  | NO CHARGE | 0.30 | N/C | JBF |
|  | Prepare notes for Committee meeting (.9); discuss case with attorneys B. Fletcher and M. Guyerson (.7); review status of insurance policies and revise letter to attorney A. Garber (.6) (NO CHARGE 1.) | 1.20 | 252.00 | DML |

|  |  |  |  |  |
|---|---|---|---|---|
|  | NO CHARGE | 1.00 | N/C | DML |
| Sep-27-12 | Review and reply to e-mail for A. Garber regarding request for information | 0.10 | 32.50 | MJG |
|  | Review email from M. Guyerson regarding his telephone call with A. Garber (.1) | 0.10 | 26.00 | JBF |
|  | Research court docket for motion and order to extend use of cash collateral; save and enlarge documents. | 0.20 | 20.00 | BAM |
| Sep-28-12 | Meet with B. Fletcher and do conference call with Committee on case and future actions (.8); review and revise draft letter to Debtor's counsel per todays meeting per B. Fletcher (.2) (NO CHARGE .2) | 0.80 | 260.00 | MJG |
|  | NO CHARGE | 0.20 | N/C | MJG |
|  | Conference with M. Guyerson regarding status (.2); conference call with Committee members regarding Premier's status, financial documents, cash collateral and exclusivity (.7); telephone call with K. McCarthy, committee member, regarding same (.2); draft email to Committee regarding claims filed (.1); conference with M. Guyerson regarding letter to A. Garber (.1); review and revise letter (.7) | 2.00 | 520.00 | JBF |
|  | Review Debtor financial statements and MORs with attorney B. Fletcher (NO CHARGE) | 0.20 | N/C | DML |
|  | Check docket for updated monthly operating report and pleadings | 0.10 | 10.00 | BAM |
|  | Totals | 22.60 | $3,603.50 |  |

**Total Fee & Disbursements**                                   **$3,603.50**

Previous Balance                                                7,100.59

**Balance Now Due**                                             **$10,704.09**

TAX ID Number        20-1238208

### *Onsager, Staelin & Guyerson, LLC*
1873 S. Bellaire St.
Suite 1401
Denver, Colorado 80222

Ph:(303) 512-1123          Fax:(303) 512-1129

Premier Paving, Inc. Creditors' Committee                                    December 5, 2012
Colorado

|  |  |
|---|---|
| File #: | PremierPavin |
| Inv #: | 5374 |

**Attention:**

**RE:**     Creditors' Committee representation in Premier Paving Ch. 11

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Oct-05-12 | Verify no Monthly Operating Reports or other update filed by Debtor, confer with B. Fletcher on future actions to take/Rule 2004 exam. | 0.20 | 65.00 | MJG |
| | Review email from A. Garber regarding Debtor's July monthly operating report (.1) | 0.10 | 26.00 | JBF |
| Oct-08-12 | Prepare draft of Motion and Order for Debtor's Rule 2004 exam - Draft # 1 | 2.00 | 650.00 | MJG |
| | Review and OK final of subpoena, order and motion regarding Rule 2004 exam | 0.50 | 162.50 | MJG |
| | Conference with M. Guyerson regarding motion for 2004 exam and email from A. Garber (.2); conference with A. Garcia regarding OSG invoices and error (.1) (NO CHARGE .1); review letter from A. Garcia to A. Garber regarding same (.1) (NO CHARGE .1); review incoming pleadings, including joint critical vendor motion filed by Suncor and debtor (.2) | 0.40 | 104.00 | JBF |
| | NO CHARGE | 0.20 | N/C | JBF |
| | Begin calculations for first fee application and begin draft of first fee application for OSG | 0.70 | 70.00 | ACG |
| | Review billing statements in preparation for | 1.20 | N/C | ACG |

|  |  |  |  |  |
|---|---|---|---|---|
|  | fee application; review rate with B. Fletcher and begin letter to A. Garber and correction of bill invoices |  |  |  |
| Oct-09-12 | Review July and August Monthly Operating Reports (.4); confer with B. Fletcher on status and follow up with Debtor's counsel - possible meeting (.2) | 0.60 | 195.00 | MJG |
|  | Review email from A. Garber and briefly review August monthly operating report (.1); conference with M. Guyerson regarding same, potential Rule 2004 exam and meeting with debtor (.2) (NO CHARGE .2) | 0.10 | 26.00 | JBF |
|  | NO CHARGE | 0.20 | N/C | JBF |
| Oct-10-12 | Research monthly operating reports filed and update notebook. | 0.10 | 10.00 | BAM |
| Oct-11-12 | Telephone call with D. Blum regarding Suncor critical vendor motion and preference analysis (.1); draft email to committee members regarding same, objection deadline and conference call (.2) | 0.30 | 78.00 | JBF |
|  | Conference with D. Little regarding Premier financials and review spreadsheet and email from D. Little regarding same (.5) | 0.50 | 130.00 | JBF |
|  | Review July and August Monthly Operating Reports and email attorney B. Fletcher regarding same (3.8) (NO CHARGE 3.0) | 0.80 | 168.00 | DML |
|  | NO CHARGE | 3.00 | N/C | DML |
| Oct-15-12 | Conference with D. Little regarding financials filed by debtor (.2); telephone call with M. Adeyemo regarding Suncor critical vendor motion (.3); telephone call with D. Blum regarding same (.1); attend conference call with Committee regarding same and status of case (.6); draft email to R. Hoogerhyde regarding invoices for Suncor preference analysis (.1); review Winsco Builders case regarding joint checks (.3) | 1.60 | 416.00 | JBF |
| Oct-16-12 | Continue drafting First Fee Application | 3.50 | 350.00 | ACG |
| Oct-17-12 | Telephone call with M. Adeyemo regarding | 0.40 | 104.00 | JBF |

Invoice #:      5374                          Page    3                                December 5, 2012

| | | | | |
|---|---|---|---|---|
| | financial documents requested from Premier and Suncor (.3); draft email to R. Hoogerhyde and M. Adeyemo regarding invoices for preference analysis (.1) | | | |
| | Prepare B. Fletcher notebook for meeting | 0.30 | 30.00 | ACG |
| Oct-19-12 | Review and respond to email from R. Hoogerhyde regarding Suncor invoices (.1) | 0.10 | 26.00 | JBF |
| Oct-22-12 | Telephone call with R. Hoogerhyde regarding Suncor invoices (.1); telephone call with A. Garber regarding financial documents, plan and disclosure statement and Otterstein claim (.4); draft email to A. Garber regarding same (.1); review email and invoices from R. Hoogerhyde (.3); draft email to committee regarding same and extension of objection deadline to Suncor motion (.2); telephone call with R. Hoogerhyde regarding extension (.1); draft email to Committee regarding telephone call with A. Garber, plan and meeting with debtor (.2); conference with A. Garcia regarding extension motion (.1); review and revise same and conference with B. Moss regarding order and filing (.8); telephone call with A. Garber regarding same (.1); further review Suncor invoices (.5) | 2.90 | 754.00 | JBF |
| | Draft proposed order; finalize, file and serve motion for extension of time to file objection. | 0.40 | 40.00 | BAM |
| Oct-23-12 | Review email from A. Garber and draft email to committee regarding meeting with debtor (.1); review and respond to further email from committee and A. Garber regarding same (.2); review incoming pleadings, including debtor's motion to approve listing contract with broker (.2) | 0.50 | 130.00 | JBF |
| | Discuss case status with attorney B. Fletcher | 0.10 | 21.00 | DML |
| Oct-24-12 | Conference with B. Fletcher | 0.50 | 175.00 | CCO |
| | Conference with D. Little regarding preference analysis and Suncor invoices and Suncor critical vendor motion (.4); conferences with C. Onsager and A. Johnson regarding same (.8); draft email to A. Garber regarding | 1.00 | 260.00 | JBF |

| | | | | |
|---|---|---|---|---|
| | meeting with debtor (.1); telephone call with A. Garber regarding same (.1) (NO CHARGE .4) | | | |
| | NO CHARGE | 0.40 | N/C | JBF |
| | Conference with B. Fletcher concerning issues | 0.50 | 110.00 | ADJ |
| | Discuss Suncor section 547(c)(4) defense with attorney B. Fletcher (.1);  discuss same with attorney A. Johnson (.3); review Suncor section 547(c)(4) defense spreadsheet and supporting documents and draft spreadsheet analyzing same (5.4) (NO CHARGE 3.0) | 2.80 | 588.00 | DML |
| | NO CHARGE | 3.00 | N/C | DML |
| Oct-25-12 | Conference with B. Fletcher regarding preference issue with critical vendor (NO CHARGE .2) | 0.20 | N/C | CCO |
| | Conference with D. Little regarding Suncor critical vendor motion and preference analysis (.7); draft lengthy email to A. Garber and M. Adeyemo regarding same and potential resolution (.3); draft lengthy email to committee regarding same (.3); telephone call with D. Blum regarding same (.2); telephone call with M. Adeyemo, R. Hoogerhyde and D. Little regarding Suncor invoices and preference analysis (.4); briefly review incoming pleadings, including debtor's plan and disclosure statement (.6) | 2.50 | 650.00 | JBF |
| | Review and revise spreadsheet analysis of SunCor section 547(c)(4) defense (1.8) (NO CHARGE .8); discuss same with attorney B. Fletcher (.6); conference with attorneys B. Fletcher and M. Adeyemo (.7) (NO CHARGE .3); draft Second Motion to Extend Objection Deadline and Proposed Order (.4) | 2.40 | 504.00 | DML |
| | NO CHARGE | 1.10 | N/C | DML |
| Oct-26-12 | Meet with B. Fletcher regarding document production, next weeks meeting with Debtor and committee, preference issues and related. | 0.50 | 162.50 | MJG |
| | Review and revise motion for extension of | 1.30 | 338.00 | JBF |

Invoice #:      5374                          Page   5                              December 5, 2012

| | | | | |
|---|---|---|---|---|
| | time to object to Suncor critical vendor motion (.9); draft emails to and telephone call with A. Garber regarding same (.3); draft email to committee regarding same (.1) | | | |
| | Efile Second Extension Motion- Objection to Suncor Stipulation and complete certificate of service | 0.40 | 40.00 | ACG |
| Oct-29-12 | Review plan of reorganization and disclosure statement (1.8); telephone call with D. Blum regarding meeting with debtor and Suncor preference analysis (.3) | 2.10 | 546.00 | JBF |
| Oct-30-12 | Conference with D. Little regarding monthly operating reports and plan of reorganization (.6); conference with A. Garcia regarding notebook for meeting with debtor (.3); review financials filed by debtor and continue reviewing plan and disclosure statement to prepare for meeting with debtor (1.5) | 2.40 | 624.00 | JBF |
| | Review September Monthly Operating Report, spreadsheet regarding same, and draft list of required information (3.5) (NO CHARGE 2.0); discuss same with attorney B. Fletcher and revise September Monthly Operating Report spreadsheet (1.4) (NO CHARGE .7); revise Monthly Operating Report spreadsheet (4); review Chapter 11 Plan, Disclosure Statement, Monthly Operating Reports, and DIP Order (1.3) (NO CHARGE .3) | 7.20 | 1,512.00 | DML |
| | NO CHARGE | 3.00 | N/C | DML |
| | Prepare Notebooks for Monthly Operating Reports and Plan for B. Fletcher conference tomorrow | 0.60 | 60.00 | ACG |
| Oct-31-12 | Conference with B. Fletcher and D. Little regarding plan analysis; conference with B. Fletcher regarding results of meeting with debtor | 0.80 | 280.00 | CCO |
| | Telephone call with M. Adeyemo regarding plan and disclosure statement (.3); conference with C. Onsager and D. Little regarding plan and disclosure statement (1.1); prepare for and attend meeting between committee and debtor (2.5); attend further meeting with committee | 5.00 | 1,300.00 | JBF |

Invoice #:     5374                              Page   6                                         December 5, 2012

(.7); further conference with D. Little
regarding meeting and draft email to A. Garber
regarding documents debtor discussed and
debtor agreed to produce for committee (.4)

| | | | |
|---|---|---|---|
| Perform research regarding section 1129 cramdown (.5); discuss same and Debtor's Chapter 11 Plan with attorneys C. Onsager and B. Fletcher (.6) (NO CHARGE .6); travel to and attend meeting with Unsecured Creditor's Committee and Debtor (5.3) (NO CHARGE 2.7); draft list of documents to be turned over by Debtor and email same to attorney B. Fletcher (.6) | 3.70 | 777.00 | DML |
| NO CHARGE | 3.30 | N/C | DML |
| Totals | 65.40 | $11,482.00 | |

## DISBURSEMENTS

| | | |
|---|---|---|
| Oct-01-12 | PGI.com -Conference Calling (9/28/12) | 29.14 |
| Oct-05-12 | PACER computer research | 19.90 |
| Oct-31-12 | Postage Charges (October 2012) | 21.60 |
| | Copy expenses (October 2012) | 116.70 |
| | Totals | $187.34 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$11,669.34** |
| Previous Balance | 11,390.09 |
| Previous Payments | 2,415.97 |
| **Balance Now Due** | **$20,643.46** |

TAX ID Number     20-1238208

## PAYMENT DETAILS

| | | |
|---|---|---|
| Oct-17-12 | 75% allowed -Aug/Sept partial | 2,415.97 |
| | **Total Payments** | **$2,415.97** |

# Onsager, Staelin & Guyerson, LLC

1873 S. Bellaire St.
Suite 1401
Denver, Colorado 80222

Ph:(303) 512-1123          Fax:(303) 512-1129

Premier Paving, Inc. Creditors' Committee                            January 17, 2013
Colorado

|  | |
|---|---|
| File #: | PremierPavin |
| Inv #: | 5457 |

**Attention:**

**RE:**  Creditors' Committee representation in Premier Paving Ch. 11

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Nov-01-12 | telephone call with K. McCarthy regarding case status and Suncor critical vendor motion and potential stipulation (.5); draft email to Committee regarding same (.1); telephone call with D. Blum regarding same and plan (.4); telephone call with M. Adeyemo regarding Suncor critical vendor motion and potential stipulation (.2) | 1.20 | 312.00 | JBF |
|  | discuss analysis of SunCor subsequent new value defense with attorney B. Fletcher | 0.30 | 63.00 | DML |
| Nov-02-12 | review spreadsheet - D. Little sheet prepared regarding accounts and inventory (NO CHARGE) | 0.20 | N/C | MJG |
|  | conference with A. Garcia regarding motion for third extension of objection to Suncor critical vendor motion (.1); telephone call with M. Adeyemo regarding same and potential stipulation (.1); review and revise motion for third extension (.2); draft email to A. Garber regarding same (.1); draft email to Committee regarding same (.1); conference with A. Garcia regarding filing extension motion (.1); review incoming pleadings, including motion for relief from stay filed by Ally (.2) | 0.90 | 234.00 | JBF |
|  | draft and file Third Motion to Extend | 0.50 | 50.00 | ACG |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Objection deadline Debtor and Suncor Stipulation and proposed order; complete certificate of service |  |  |  |
| Nov-06-12 | telephone call with B. Kleeman regarding financial advisor to committee (.1); review incoming pleadings, including objection to broker motion (.2) | 0.30 | 78.00 | JBF |
| Nov-07-12 | telephone call with B. Kleeman, regarding serving as advisor to committee (.4); telephone call with A. Garber regarding same (.2); telephone call with D. Brown regarding same (.3); draft email to committee regarding B. Kleeman (.2); review email and engagement agreement from B. Kleeman (.2); conference with B. Moss regarding application to employ B. Kleeman (.2); draft further email to A. Garber regarding B. Kleeman (.1); review incoming pleadings, including order setting hearing on disclosure statement (.1); draft email to B. Kleeman with documents relating to Premier case, including plan and disclosure statement (.2) | 1.90 | 494.00 | JBF |
| Nov-08-12 | telephone call with B. Kleeman regarding engagement, capped fees, rate and documents needed (.2); telephone call with A. Garber regarding same (.6); telephone call with D. Brown regarding same (.1); further telephone call with A. Garber regarding B. Kleeman and debtor's position (.2); telephone call with M. Adeyemo regarding Suncor critical vendor motion and proposed stipulation (.4) | 1.50 | 390.00 | JBF |
|  | draft application, proposed order and affidavit to employ financial advisor | 1.60 | 160.00 | BAM |
| Nov-09-12 | telephone call with M. Adeyemo regarding Suncor preference exposure and extension of objection deadline (.4); draft email to committee regarding same (.2); review motion for fourth extension and draft email to A. Garber and M. Adeyemo regarding same (.1); conference with A. Garcia regarding revision to same and filing (.1); review incoming pleadings, including motion to approve premium insurance financing (.2) | 1.00 | 260.00 | JBF |
|  | discuss SunCor subsequent new value defense | 0.80 | 168.00 | DML |

Invoice #:    5457                       Page   3                          January 17, 2013

| | | | | |
|---|---|---|---|---|
| | and Debtor Chapter 11 Plan issues with attorney B. Fletcher | | | |
| | draft 4th Proposed Order -Motion to Extend Time to File an Objection to Debtor and Suncor Stipulation; revise order; efile and complete certificate of service | 0.60 | 60.00 | ACG |
| Nov-11-12 | perform research regarding 11 U.S.C. 547(c)(4) in ABI Journal (NO CHARGE) | 0.50 | N/C | DML |
| Nov-12-12 | conference with B. Fletcher | 0.30 | 97.50 | CCO |
| | review and revise engagement letter for B. Kleeman (1.4); conference with C. Onsager regarding same (.3); draft email to B. Kleeman regarding same (.1) | 1.80 | 468.00 | JBF |
| Nov-13-12 | review incoming pleadings, including motion for relief from stay (.1); telephone call with M. Adeyemo regarding status, relief from stay motion, and plan issues (.6) | 0.70 | 182.00 | JBF |
| Nov-14-12 | review incoming pleadings, including order approving extension of objection deadline to Suncor motion (.1); revise engagement letter for B. Kleeman as financial advisor to committee (.5); draft email to B. Kleeman regarding same (.1); review email from A. Garber regarding document request and Argo claim (.1); review email and spreadsheet from A. Garber regarding salaries and Wells Fargo audit (.1) | 0.90 | 234.00 | JBF |
| | draft 9013 notice of application to employ Onpoint as financial advisors | 0.40 | 40.00 | BAM |
| Nov-15-12 | review and revise application to employ financial advisor (1.2); telephone call with M. Adeyemo regarding same and Suncor meeting with debtor (.4) | 1.60 | 416.00 | JBF |
| Nov-16-12 | review and finalize application to employ financial advisor for committee, as well as engagement letter, affidavit, notice and proposed order (1.8); draft email to D. Brown, counsel for Wells Fargo regarding same (.1); draft and respond to multiple emails and telephone call with B. Kleeman regarding same (.5); telephone call with A. Garber | 2.80 | 728.00 | JBF |

|  |  |  |  |  |
|---|---|---|---|---|
|  | regarding same (.2); telephone call with K. McCarthy, committee member, regarding same (.2) |  |  |  |
| Nov-19-12 | review and revise application | 0.20 | 65.00 | CCO |
|  | telephone call with A. Garcia regarding filing application to employ financial advisor (.1); review email from D. Brown, counsel for Wells Fargo regarding same  and conference with A. Garcia regarding amended motion (.2) | 0.30 | 78.00 | JBF |
|  | telephone call with B. Kleeman regarding cancelation of today's meeting with B. Fletcher (.2) (NO CHARGE .2); review his fax and scan (.1) (NO CHARGE .1); telephone call with B. Fletcher concerning Application to Employ (.1); finalize Application to Employ, notice and exhibits (.3); draft certificate of service (.2); efile Application and complete certificate of service (.7) | 1.30 | 130.00 | ACG |
|  | NO CHARGE | 0.30 | N/C | ACG |
| Nov-20-12 | telephone call with D. Brown regarding application to employ financial advisor (.1); draft email to D. Brown regarding same (.1); conference with A. Garcia regarding same (.1) | 0.30 | 78.00 | JBF |
| Nov-21-12 | review email from D. Brown regarding motion to hire financial advisor and Wells Fargo (.1); conference with A. Garcia regarding amended motion (.1); telephone call with M. Adeyemo regarding further extension of objection deadline for Suncor motion (.1); conference with A. Garcia regarding same (.1); review incoming pleadings, including motion to approve continued use of cash collateral (.1) | 0.50 | 130.00 | JBF |
| Nov-23-12 | finalize and efile 5th Motion to Extend Time to File Objections to Suncor Stipulation; complete certificate of service; efile Amended Motion to Employ OnPointe and complete certificate of service | 0.80 | 80.00 | ACG |
| Nov-26-12 | telephone call with B. Kleeman regarding status, meeting and documents (.2) | 0.20 | 52.00 | JBF |
| Nov-28-12 | review and revise stipulation regarding Suncor motion (1.3); draft email to M. Adeyemo and | 1.50 | 390.00 | JBF |

Invoice #:    5457                    Page   5                              January 17, 2013

|  |  |  |  |  |
|---|---|---|---|---|
|  | A. Garber regarding same (.1); draft email to Committee regarding same (.1) |  |  |  |
| Nov-29-12 | attend meeting with B. Kleeman to review documents and discuss strategy (1.5); leave voice mail for A. Garber regarding meeting (.1) | 1.60 | 416.00 | JBF |
| Nov-30-12 | telephone call with M. Adeyemo regarding Suncor motion and stipulation (.1); telephone call with A. Garber regarding Suncor motion and stipulation resolving objection, financial advisor and retainer and broker motion (.4); further telephone call with M. Adeyemo regarding Suncor stipulation (.5); draft email to Committee regarding Suncor stipulation (.1); telephone call with B. Kleeman regarding retainer (.1); telephone call with D. Blum, counsel for Power Motive, regarding financial advisor and Suncor stipulation (.1); telephone call with K. McCarthy regarding same (.2); review and respond to emails from A. Garber regarding meeting with financial advisor and forward same to B. Kleeman (.1); review and revise stipulation with Suncor and draft emails to M. Adeyemo and A. Garber regarding same (.4); conference with B. Moss regarding filing Suncor stipulation and service list (.2) | 2.20 | 572.00 | JBF |
|  | draft certificate of service, finalize, file and serve stipulation with Suncor and Debtor | 0.50 | 50.00 | BAM |
|  | Totals | 29.50 | $6,475.50 |  |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Nov-01-12 | Parking | 10.00 |
| Nov-30-12 | Copy charges (November 2012) | 133.10 |
|  | Postage Expenses (November 2012) | 145.80 |
|  | Totals | $288.90 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$6,764.40** |
| Previous Balance | 20,643.46 |
| **Balance Now Due** | **$27,407.86** |